IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| DONALD R. OLIVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.7:11cv00289 |
| ) | |
| LISEL BROWE, et al., ) | |
| ) | |
| Defendants. ) | |

Certificate of Service

I hereby certify that on the 9th day of December 2011, I electronically filed notarized affidavits of Defendants Ali, Browe, and Cox with the Clerk of Court using the CM/ECF system and certify that I mailed the document on that date by United States mail to the following non-filing user:

Donald R. Oliver
Inmate Number 1075734
Augusta County Correctional Center
1821 Estaline Valley Road
Craigsville, VA 24430

          /s/
Elizabeth M. Muldowney
VSB#46387
Attorney for Defendants Browe, Ali and Cox
Rawls, McNelis & Mitchell, P.C.
1111 East Main Street, Suite 1701
Richmond, Virginia 23219
(804) 344-0038
(804) 782-0133 (Fax)
emuldowney@rawlsmcnelis.com