CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Rho

JUL 30 2012

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DONALD R. OLIVER,<br>    Plaintiff, | ) <br> ) <br> ) | Civil Action No. 7:11-cv-00289 |
| v. | ) <br> ) | **ORDER** |
| LISEL BROWE, <u>et al.</u>,<br>    Defendants. | ) <br> ) <br> ) | By:   Hon. Jackson L. Kiser<br>        Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that defendants' motion to stay discovery is **GRANTED**; plaintiff's motion for subpoenas is **DENIED**; defendants' motion for summary judgment is **GRANTED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff and counsel of record for defendants.

ENTER: This 30th day of July, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge